## AMPCO PRINTING-ADVERTISERS' OFFSET CORP. ET AL. *v.* CITY OF NEW YORK ET AL.

No. 152. Decided October 12, 1964.

*Harold Riegelman* and *H. H. Nordlinger* for appellants.

*Leo A. Larkin, Stanley Buchsbaum* and *Samuel J. Warms* for the City of New York et al., and *Louis J. Lefkowitz*, Attorney General of New York, *Samuel A. Hirshowitz*, First Assistant Attorney General, and *Gustave Soderberg*, Assistant Attorney General, for Lefkowitz, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## EDELL *v.* MACK ET AL.

No. 145, Misc. Decided October 12, 1964.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.